AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:19-M -07454(1) |
| | § | |
| (1) Jhonson Avilio Solano-Imaicela | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 09, 2019** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On August 09, 2019, the defendant, Jhonson Avilio SOLANO-Imaicela, a native and citizen of Ecuador, was arrested near Eagle Pass, Texas. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near Eagle Pass, Texas.*
*"*

Continued on the attached sheet and made a part of hereof:      ☐ Yes   **X** No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

08/13/2019                                    at   DEL RIO, Texas
_____                          _____
File Date                                         City and State

COLLIS WHITE
_____                          _____
UNITED STATES MAGISTRATE JUDGE                    Signature of Judicial Officer

AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § | |
|---|---|---|
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:19-M -07454(1) - CW |
| | § | |
| (1) Jhonson Avilio Solano-Imaicela | § | |

**JUDGEMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Jhonson Avilio Solano-Imaicela, was presented by counsel, Jesse R. Coronado.

The defendant pled guilty to the complaint on August 14, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | August 09, 2019 |

As pronounced on August 14, 2019, the defendant is hereby commited to the custody of the United States Bureau of Prisons for a term of  Time Served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remited pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgement are fully paid.

Filed and Signed on this the 14th day of August, 2019.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: DRBP - Del Rio Border Patrol
USM#: 38823-480

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | **Case Number:** |
| **vs.** | § | **DR:19-M -07454(1)** |
| | § | |
| **(1) Jhonson Avilio Solano-Imaicela** | § | |

**ORDER APPOINTING COUNSEL**

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Coronado, Jesse R., is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 13th day of August, 2019.

_____
**COLLIS WHITE**
**UNITED STATES MAGISTRATE JUDGE**